BLUE CROSS AND BLUE SHIELD
ASSOCIATION, Plaintiff–
Appellant,

v.

William Joseph COX, Defendant–
Appellee.

No. 09–15425.

United States Court of Appeals,
Eleventh Circuit.

Nov. 17, 2010.

Anthony F. Shelley, Miller & Chevalier
Chartered, Washington, D.C., Wilmer Par-
ker, III, Maloy, Jenkins, Parker, Atlanta,
GA, for Plaintiff–Appellant.

Before BARKETT, MARTIN and
HILL, Circuit Judges.

PER CURIAM:

Appellant Blue Cross and Blue Shield
Association ("BCBSA") asks this Court, in
accordance with the settlement agreement
of the parties, to vacate the September 23,
2009 Summary Judgment entered in favor
of Appellee William Joseph Cox. Because
of the exceptional circumstances of this
case,[1] we VACATE the Judgment pursu-
ant to 28 U.S.C. § 2106. *See U.S. Ban-
corp Mortg. Co. v. Bonner Mall P'ship,*
513 U.S. 18, 29, 115 S.Ct. 386, 130 L.Ed.2d
233 (1994). Thus, we DISMISS the appeal

as moot, pursuant to the parties' settle-
ment agreement.

---

1. Unexpected developments make it unlikely
   that full counseling would be available to the
   court if litigation continues in this case. The

possible preclusive effect if the case remains
is undesirable under these circumstances.